IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY BOOKER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. No. 4:10 – CV - 2390 |
| | § | |
| ALLSTATE INSURANCE CO., ALLSTATE TEXAS LLOYD'S and HAAG ENGINEERING CO. | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT HAAG ENGINEERING CO.'S**
**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant HAAG ENGINEERING CO. and files its Certificate of Interested Parties, as follows:

1. Gary Booker (Plaintiff);
2. Allstate Insurance Company (Defendant);
3. Allstate Texas Lloyd's (Defendant);
4. Allstate Insurance Holdings LLC (parent of wholly owned subsidiary Allstate Insurance Company);
5. The Allstate Corporation (parent of wholly owned subsidiary Allstate Insurance Holdings LLC);
6. Haag Engineering Co. (Defendant);
7. Gauthier, Houghtaling & Williams LLP (Counsel for Plaintiff);
8. Thompson, Coe, Cousins & Irons LLP (Counsel for Allstate Defendants); and

9. Wilson, Elser, Moskowitz, Edelman & Dicker (Counsel for Haag Engineering).

Respectfully submitted,

By: Martin S. Schexnayder/CWP

Martin S. Schexnayder
State of Texas Bar No. 17745610
Federal Bar No. 15146
5847 San Felipe, Suite 2300
Houston, Texas 77057
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Email: Martin.Schexnayder@WilsonElser.com

**Attorney-in-Charge for Defendant**
**HAAG ENGINEERING CO.**

**OF COUNSEL:**

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER, LLP**

Claire W. Parsons
State Bar No. 24051159
Federal I.D. No. 637822
5847 San Felipe, Suite 2300
Houston, Texas 77057
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Claire.Parsons@WilsonElser.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record by the required method on this the 16th day of July, 2010.

Mr. James Carlos Canady
Mr. Patrick C. McGinnis
**Gauthier, Houghtaling & Williams LLP**
2323 S. Shepherd, Suite 1002
Houston, Texas 77019
(713) 343-1614 Telephone
(713) 630-8074 Facsimile
*Attorneys for Plaintiff Gary Booker*

*Via ECF*

Mr. Roger D. Higgins
Ms. Jacquelyn Chandler
Mr. William N. Radford
**Thompson, Coe, Cousins & Irons LLP**
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 Telephone
(214) 871-8209 Facsimile
*Attorneys for Defendants Allstate Insurance Company and Allstate Texas Lloyd's*

*Via ECF*

**Claire Parsons**